UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00335-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SANDRA IRENE PORTILLO-MORALES, a/k/a Maria Villeda-Rodrige, a/k/a Maria Villeda-Rodriguez, a/k/a Amelida Saavedra-Oliva,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, July 14, 2010,** and responses to these motions shall be filed by **Wednesday, July 28, 2010.** It is

FURTHER ORDERED that counsel may request a hearing on all pending motions, if necessary, at a future date. It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, August 30, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated: June 30, 2010

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge